IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MONISH BANERJEA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-02098-JWB-ADM |
| | ) |
| GMRI, INC., | ) |
| d/b/a OLIVE GARDEN | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that all claims by plaintiff against defendant are hereby dismissed with prejudice. Counsel for Defendant has agreed to this dismissal. The parties shall bear their own costs and fees.

**THORNBERRY BROWN, LLC**

By: /s/Stephen C. Thornberry
Stephen C. Thornberry     KS #17494
s*teve@ThornberryBrown.com*
Randall W. Brown     KS #17905
*randy@ThornberryBrown.com*
*4550 Main Street, Suite 205*
*Kansas City, Missouri 64111*
(816) 531-8383 *telephone*
(816) 531-8385 *facsimile*
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that this document was served electronically on this December 14, 2020 to counsel for defendant.

/s/ Stephen C. Thornberry